# United States Bankruptcy Court
## Eastern District of Texas

In re   **Ensight Energy Group, Inc,** _____

Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ensight Energy Group, Inc,**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

3/21/2019
_____
Date

_____
**Robert A. Simon 18390000**
Signature of Attorney or Litigant
Counsel for   **Ensight Energy Group, Inc,**
**Whitaker Chalk Swindle and Schwartz**
**301 Commerce St. STE 3500**
**Fort Worth, TX 76102**
**817-878-0500 Fax:817-878-0501**
**rsimon@whitakerchalk.com**